**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21176-DRC |
| | § | |
| JAN SZCZUPAK | § | |
| DOROTA SZCZUPAK | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/24/2012. The undersigned trustee was appointed on 05/24/2012.

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of $24,499.99

   Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | $0.00 |
| Administrative expenses | $4,064.07 |
| Bank service fees | $178.13 |
| Other Payments to creditors | $8,271.16 |
| Non-estate funds paid to 3rd Parties | $0.00 |
| Exemptions paid to the debtor | $0.00 |
| Other payments to the debtor | $0.00 |
| Leaving a balance on hand of[1] | $11,986.63 |

   The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

6. The deadline for filing non-governmental claims in this case was 01/18/2013 and the deadline for filing government claims was 01/18/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $3,200.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $3,200.00, for a total compensation of $3,200.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $9.00, for total expenses of $9.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/18/2014                                     By:    /s/ David P. Leibowitz
                                                                     Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011)

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Exhibit A

| | |
|---|---|
| **Case No.:** 12-21176-DRC | **Trustee Name:** David Leibowitz |
| **Case Name:** SZCZUPAK, JAN  AND SZCZUPAK, DOROTA | **Date Filed (f) or Converted (c):** 05/24/2012 (f) |
| **For the Period Ending:** 7/18/2014 | **§341(a) Meeting Date:** 07/30/2012 |
| | **Claims Bar Date:** 01/18/2013 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | **Asset Description (Scheduled and Unscheduled (u) Property)** | **Petition/ Unscheduled Value** | **Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs)** | **Property Abandoned OA =§ 554(a) abandon.** | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | | |
| 1 | Home 3527 North Paris Chicago, IL 60634 | $175,000.00 | $145,000.00 | | $0.00 | FA |
| 2 | Vacation Home 410 M-35 Bark River, MI 49807 | $90,000.00 | $0.00 | | $3,000.00 | FA |
| 3 | Vacant Land N4748 Weston Falls Avenue Neillsville, WI 54456 | $9,000.00 | $1,000.00 | | $19,000.00 | FA |
| 4 | Cash on Hand | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Account | $2,850.00 | $2,850.00 | | $0.00 | FA |
| 6 | Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Appliances | $310.00 | $0.00 | | $0.00 | FA |
| 8 | TVs and Computers | $300.00 | $0.00 | | $0.00 | FA |
| 9 | Books | $30.00 | $0.00 | | $0.00 | FA |
| 10 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 11 | Jewelry | $460.00 | $0.00 | | $0.00 | FA |
| 12 | Life Insurance | Unknown | $0.00 | | $0.00 | FA |
| 13 | 2002 Nissan | $4,300.00 | $4,300.00 | | $0.00 | FA |
| 14 | 2008 Ford E250 | $9,900.00 | $2,500.00 | | $2,499.99 | FA |

**Asset Notes:**     Debtor making payment towards asset.

**TOTALS (Excluding unknown value)**                                                                 **Gross Value of Remaining Assets**

|  |  |  |  |
|---|---|---|---|
| $295,550.00 | $155,650.00 | $24,499.99 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 06/09/2014 | TFR Completed for Trustee's review. |
| 04/23/2014 | Followed up with accountant RE Tax return |
| 07/29/2013 | Debtor to pay $3,000.00 for estate interest for Michigan Property. |
| | Pending sale of Wisconsin Property |
| 06/18/2013 | Real Properties listed. |
| 03/25/2013 | Debtor owed $1679.00 for 2012 taxes |
| | Debtor did not receive a refund for business taxes |
| 02/05/2013 | Equity in Ford E250 of $3058.00 - Debtor making payments. |
| | Selling Property in Neillsville WI - Broker employed |
| | Selling Property in Bark River MI - Broker thinks we can get $126k |

| | |
|---|---|
| **Initial Projected Date Of Final Report (TFR):** 12/31/2013 | /s/ DAVID LEIBOWITZ |
| **Current Projected Date Of Final Report (TFR):** 12/30/2014 | DAVID LEIBOWITZ |

**FORM 2**

Case 12-21176   Doc 45   Filed 07/21/14   Entered 07/21/14 09:29:48   Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document    Page 4 of 12

Exhibit B

| | |
|---|---|
| Case No. | 12-21176-DRC |
| Case Name: | SZCZUPAK, JAN  AND SZCZUPAK, DOROTA |
| Primary Taxpayer ID #: | **-***8116 |
| Co-Debtor Taxpayer ID #: | **-***8117 |
| For Period Beginning: | 5/24/2012 |
| For Period Ending: | 7/18/2014 |

| | |
|---|---|
| Trustee Name: | David Leibowitz |
| Bank Name: | Green Bank |
| Checking Acct #: | ******7601 |
| Account Title: | |
| Blanket bond (per case limit): | $5,000,000.00 |
| Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2013 | (14) | JAN SZCZUPAK | Payment | | 1129-000 | $833.33 | | $833.33 |
| 02/28/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $0.08 | $833.25 |
| 03/18/2013 | (14) | JAN SZCZUPAK AND DOROTA SZCZUPAK | Payment | | 1129-000 | $833.33 | | $1,666.58 |
| 03/29/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $1.90 | $1,664.68 |
| 04/30/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $2.59 | $1,662.09 |
| 05/01/2013 | (14) | JAN SZCZUPAK AND DOROTA SZCZUPAK | Payment | | 1129-000 | $833.33 | | $2,495.42 |
| 05/31/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.24 | $2,491.18 |
| 06/28/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $3.63 | $2,487.55 |
| 07/31/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $4.01 | $2,483.54 |
| 08/09/2013 | (2) | Jan or Dorota Szczupak | Equity on Real Property | | 1210-000 | $3,000.00 | | $5,483.54 |
| 08/30/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.70 | $5,475.84 |
| 09/30/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $7.98 | $5,467.86 |
| 10/21/2013 | | Michael S. Brander | Liquidation of Real Property | | * | $6,664.77 | | $12,132.63 |
| | {3} | | | $19,000.00 | 1110-000 | | | $12,132.63 |
| | | | Realtor Commission - North Central Real Estate Brokerage, LLC. | $(1,535.00) | 3510-000 | | | $12,132.63 |
| | | | Payoff of first mortgage loan - Associated Bank. | $(8,271.16) | 4110-000 | | | $12,132.63 |
| | | | County Taxes 01/01/2013 to 10/14/2013 | $(522.97) | 2820-000 | | | $12,132.63 |
| | | | 2nd Installment of 2012 Property Taxes | $(342.10) | 2820-000 | | | $12,132.63 |
| | | | Closing Fee - Gowey Abstract & Title Company Inc. | $(200.00) | 2500-000 | | | $12,132.63 |
| | | | Title Insurance | $(387.00) | 2500-000 | | | $12,132.63 |
| | | | SA Letter to Gowey Abstract & Title Company Inc. | $(25.00) | 2500-000 | | | $12,132.63 |
| | | | GAP Endorsement - Gowey Abstract & Title Company Inc. | $(125.00) | 2500-000 | | | $12,132.63 |
| | | | Attorney Fees- The Law Office of Gerald M. Schwartz | $(750.00) | 3210-000 | | | $12,132.63 |
| | | | State Tax Stamps | $(57.00) | 2500-000 | | | $12,132.63 |
| | | | REgister of Deeds - (2 Deeds) | $(60.00) | 2500-000 | | | $12,132.63 |
| | | | Register of Deeds - Record Limited POA/Affidavit | $(60.00) | 2500-000 | | | $12,132.63 |
| 10/31/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $12.29 | $12,120.34 |
| 11/29/2013 | | Green Bank | Bank Service Fee | | 2600-000 | | $19.55 | $12,100.79 |
| | | | | | **SUBTOTALS** | $12,164.76 | $63.97 | |

# FORM 2

### CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| | | |
|---|---|---|
| **Case No.** | 12-21176-DRC | **Trustee Name:** David Leibowitz |
| **Case Name:** | SZCZUPAK, JAN  AND SZCZUPAK, DOROTA | **Bank Name:** Green Bank |
| **Primary Taxpayer ID #:** | **-***8116 | **Checking Acct #:** ******7601 |
| **Co-Debtor Taxpayer ID #:** | **-***8117 | **Account Title:** |
| **For Period Beginning:** | 5/24/2012 | **Blanket bond (per case limit):** $5,000,000.00 |
| **For Period Ending:** | 7/18/2014 | **Separate bond (if applicable):** |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.89 | $12,081.90 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.75 | $12,061.15 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.57 | $12,043.58 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.18 | $12,025.40 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.77 | $12,006.63 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.00 | $11,986.63 |
| | | | **TOTALS:** | | $12,164.76 | $178.13 | $11,986.63 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $12,164.76 | $178.13 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $12,164.76 | $178.13 | |

**For the period of  5/24/2012 to 7/18/2014**

| | |
|---|---|
| Total Compensable Receipts: | $24,499.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,499.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,513.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $12,513.36 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 02/25/2013 to 7/18/2014**

| | |
|---|---|
| Total Compensable Receipts: | $24,499.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,499.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,513.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $12,513.36 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**FORM 2**

Case 12-21176   Doc 45   Filed 07/21/14   Entered 07/21/14 09:29:48   Desc Main

Exhibit B

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document      Page 6 of 12

| | | |
|---|---|---|
| **Case No.** | 12-21176-DRC | |
| **Case Name:** | SZCZUPAK, JAN  AND SZCZUPAK, DOROTA | |
| **Primary Taxpayer ID #:** | **-***8116 | |
| **Co-Debtor Taxpayer ID #:** | **-***8117 | |
| **For Period Beginning:** | 5/24/2012 | |
| **For Period Ending:** | 7/18/2014 | |

| | |
|---|---|
| **Trustee Name:** | David Leibowitz |
| **Bank Name:** | Green Bank |
| **Checking Acct #:** | ******7601 |
| **Account Title:** | |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | $12,164.76 | $178.13 | $11,986.63 |

**For the period of 5/24/2012 to 7/18/2014**

| | |
|---|---|
| Total Compensable Receipts: | $24,499.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,499.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,513.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $12,513.36 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the case between  05/24/2012 to 7/18/2014**

| | |
|---|---|
| Total Compensable Receipts: | $24,499.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,499.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $12,513.36 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp  Disbursements: | $12,513.36 |
| Total Internal/Transfer  Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

CLAIMS ANALYSIS REPORT

Page No: 1

Exhibit C

| Case No. | 12-21176-DRC | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|
| Case Name: | SZCZUPAK, JAN  AND SZCZUPAK, DOROTA | | | | | | | Date: 7/18/2014 |

**Claims Bar Date:**    01/18/2013

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $9.00 | $0.00 | $0.00 | $0.00 | $9.00 |
| | LAKELAW<br><br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Fees (Trustee Firm) | Allowed | 3110-000 | $3,505.00 | $0.00 | $0.00 | $0.00 | $3,505.00 |
| | LAKELAW<br><br><br>420 W. Clayton Street<br>Waukegan  60085-4216 | Attorney for Trustee Expenses (Trustee Firm) | Allowed | 3120-000 | $34.22 | $0.00 | $0.00 | $0.00 | $34.22 |
| | LOIS WEST<br><br><br>35 E. Wacker Drive #1550<br>Chicago IL 60601 | Accountant for Trustee Fees (Other Firm) | Allowed | 3410-000 | $980.00 | $0.00 | $0.00 | $0.00 | $980.00 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $3,200.00 | $0.00 | $0.00 | $0.00 | $3,200.00 |
| 1 | PYOD, LLC ITS SUCCESSORS AND ASSIGNS AS ASSIGNEE<br>of Citibank<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville SC 29602 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $17,037.73 | $0.00 | $0.00 | $0.00 | $17,037.73 |
| 2 | US DEPT OF EDUCATION<br><br>Claims Filing Unit<br>PO Box 8973<br>Madison WI 53708-8973 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,444.47 | $0.00 | $0.00 | $0.00 | $1,444.47 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>POB 41067<br>Norfolk VA 23541 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $9,932.98 | $0.00 | $0.00 | $0.00 | $9,932.98 |

CLAIM ANALYSIS REPORT

| Case No. | 12-21176-DRC | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|

**Case No.** 12-21176-DRC

**Case Name:** SZCZUPAK, JAN AND SZCZUPAK, DOROTA

**Trustee Name:** David Leibowitz

**Date:** 7/18/2014

**Claims Bar Date:** 01/18/2013

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 4 | PNC BANK<br><br>PO BOX 94982<br>CLEVELAND OH 44101 | Tardy General Unsecured § 726(a)(3) | Allowed | 7200-000 | $17,606.71 | $0.00 | $0.00 | $0.00 | $17,606.71 |
| | | | | | $53,750.11 | $0.00 | $0.00 | $0.00 | $53,750.11 |

CLAIMS ANALYSIS REPORT

Page No:  3

Exhibit C

| | | |
|---|---|---|
| **Case No.** | 12-21176-DRC | **Trustee Name:** David Leibowitz |
| **Case Name:** | SZCZUPAK, JAN  AND SZCZUPAK, DOROTA | **Date:** 7/18/2014 |
| **Claims Bar Date:** | 01/18/2013 | |

### CLAIM CLASS SUMMARY TOTALS

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Accountant for Trustee Fees (Other Firm) | $980.00 | $980.00 | $0.00 | $0.00 | $0.00 | $980.00 |
| Attorney for Trustee Expenses (Trustee Firm) | $34.22 | $34.22 | $0.00 | $0.00 | $0.00 | $34.22 |
| Attorney for Trustee Fees (Trustee Firm) | $3,505.00 | $3,505.00 | $0.00 | $0.00 | $0.00 | $3,505.00 |
| General Unsecured § 726(a)(2) | $28,415.18 | $28,415.18 | $0.00 | $0.00 | $0.00 | $28,415.18 |
| Tardy General Unsecured § 726(a)(3) | $17,606.71 | $17,606.71 | $0.00 | $0.00 | $0.00 | $17,606.71 |
| Trustee Compensation | $3,200.00 | $3,200.00 | $0.00 | $0.00 | $0.00 | $3,200.00 |
| Trustee Expenses | $9.00 | $9.00 | $0.00 | $0.00 | $0.00 | $9.00 |

Exhibit D

## TRUSTEE'S PROPOSED DISTRIBUTION

Case No.:         12-21176-DRC
Case Name:        JAN SZCZUPAK
                  DOROTA SZCZUPAK
Trustee Name:     David P. Leibowitz

Balance on hand:                    $11,986.63

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:          $0.00
Remaining balance:          $11,986.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| David P. Leibowitz, Trustee Fees | $3,200.00 | $0.00 | $3,200.00 |
| David P. Leibowitz, Trustee Expenses | $9.00 | $0.00 | $9.00 |
| Lakelaw, Attorney for Trustee Fees | $3,505.00 | $0.00 | $3,505.00 |
| Lakelaw, Attorney for Trustee Expenses | $34.22 | $0.00 | $34.22 |
| Lois West, Accountant for Trustee Fees | $980.00 | $0.00 | $980.00 |

Total to be paid for chapter 7 administrative expenses:          $7,728.22
Remaining balance:          $4,258.41

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses:          $0.00
Remaining balance:          $4,258.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

UST Form 101-7-TFR (5/1/2011)

|                                          | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|                                          | Remaining balance: | $4,258.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,415.18 have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | $17,037.73 | $0.00 | $2,553.34 |
| 2 | US Dept of Education | $1,444.47 | $0.00 | $216.47 |
| 3 | Portfolio Recovery Associates, LLC | $9,932.98 | $0.00 | $1,488.60 |

|                                          | Total to be paid to timely general unsecured claims: | $4,258.41 |
|---|---|---|
|                                          | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $17,606.71 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 4 | PNC BANK | $17,606.71 | $0.00 | $0.00 |

|                                          | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|                                          | Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

**UST Form 101-7-TFR (5/1/2011)**

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

UST Form 101-7-TFR (5/1/2011)