# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 12-21176-DRC |
| | § | |
| JAN SZCZUPAK | § | |
| DOROTA SZCZUPAK | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATION FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 08/19/2014, in Courtroom 619, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/21/2014          By:  /s/ David P. Leibowitz
                                        Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 12-21176-DRC |
|---|---|---|
| | § | |
| JAN SZCZUPAK | § | |
| DOROTA SZCZUPAK | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*      $24,499.99
*and approved disbursements of*      $12,513.36
*leaving a balance on hand of[1]:*      $11,986.63

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:      $0.00
Remaining balance:      $11,986.63

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $3,200.00 | $0.00 | $3,200.00 |
| David P. Leibowitz, Trustee Expenses | $9.00 | $0.00 | $9.00 |
| Lakelaw, Attorney for Trustee Fees | $3,505.00 | $0.00 | $3,505.00 |
| Lakelaw, Attorney for Trustee Expenses | $34.22 | $0.00 | $34.22 |
| Lois West, Accountant for Trustee Fees | $980.00 | $0.00 | $980.00 |

Total to be paid for chapter 7 administrative expenses:      $7,728.22
Remaining balance:      $4,258.41

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

| | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $4,258.41 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---:|---:|
| | Remaining balance: | $4,258.41 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $28,415.18 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---:|---:|---:|
| 1 | PYOD, LLC its successors and assigns as assignee | $17,037.73 | $0.00 | $2,553.34 |
| 2 | US Dept of Education | $1,444.47 | $0.00 | $216.47 |
| 3 | Portfolio Recovery Associates, LLC | $9,932.98 | $0.00 | $1,488.60 |

| | Total to be paid to timely general unsecured claims: | $4,258.41 |
|---|---:|---:|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $17,606.71 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to | Proposed Amount |
|---|---|---:|---:|---:|

UST Form 101-7-NFR (10/1/2010)

Case 12-21176    Doc 50    Filed 07/22/14    Entered 07/24/14 23:41:53    Desc Imaged
                        Certificate of Notice    Page 4 of 5

|   |   |   | **Date** |   |
|---|---|---|---|---|
| 4 | PNC BANK | $17,606.71 | $0.00 | $0.00 |

        Total to be paid to tardily filed general unsecured claims:     $0.00
        Remaining balance:     $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:     $0.00
        Remaining balance:     $0.00

        Prepared By:   /s/ David P. Leibowitz
                           Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                                          Case No. 12-21176-DRC
Jan Szczupak                                                                    Chapter 7
Dorota Szczupak
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: arodarte               Page 1 of 1                  Date Rcvd: Jul 22, 2014
                               Form ID: pdf006              Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 24, 2014.
db/jdb        +Jan Szczupak,    Dorota Szczupak,    3527 North Paris,    Chicago, IL 60634-2939
18951505      +Associated Bank,    200 N Adams St,    Green Bay, WI 54301-5174
18951506      +Bmo Harris Bank,    Po Box 94034,    Palatine, IL 60094-4034
18951507      +Bmo Harris Trust& Savi,    111 W Monroe St,    Chicago, IL 60603-4095
18951509      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18951508      +Chase,   Po Box 24696,    Columbus, OH 43224-0696
18951510      +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
18951511      +Elan Financial Service,    777 E Wisconsin Ave,    Milwaukee, WI 53202-5399
19179324      +HSBC Business Solutions,    P O BOX 4160,    Carol Stream, IL 60197-4160
18951512      +Hsbc/Carsn,    Po Box 15521,    Wilmington, DE 19850-5521
20947894      +PNC BANK,    PO BOX 94982,    CLEVELAND, OHIO 44101-4982
19924525     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court:   Portfolio Recovery Associates, LLC,     POB 41067,    Norfolk VA 23541)
18951513      +Pnc Bank,    1 Financial Pkwy,    Kalamazoo, MI 49009-8002
18951514      +Rnb-Fields3,    Po Box 9475,    Minneapolis, MN 55440-9475
19796609       US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
18951515      +Us Dept Of Ed/Glelsi,    2401 International Ln,    Madison, WI 53704-3121
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19751129      +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 23 2014 01:52:44
               PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
               PO Box 19008,    Greenville, SC 29602-9008
                                                                                               TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2014                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 21, 2014 at the address(es) listed below:
              David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
               il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
              George   Pecherek   on behalf of Joint Debtor Dorota  Szczupak pechereklawfirm@aol.com
              George   Pecherek   on behalf of Debtor Jan  Szczupak pechereklawfirm@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                               TOTAL: 5
```