## Claims Proposed Distribution

Case: 12-21176-DRC  SZCZUPAK, JAN  AND SZCZUPAK, DOROTA

Report Includes ONLY Claims with a Proposed Distribution

David Leibowitz, Trustee

| | | Case Balance: | $216.47 |
| --- | --- | --- | --- |
| | | Total Proposed Payment: | $216.47 |
| | | Remaining Balance: | $0.00 |

| # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 1 | PYOD, LLC its successors and assigns as assignee | Unsecured | $17,037.73 | $17,037.73 | $2,553.34 | $14,484.39 | $136.75 | $79.72 |
| 3 | Portfolio Recovery Associates, LLC | Unsecured | $9,932.98 | $9,932.98 | $1,488.60 | $8,444.38 | $79.72 | $0.00 |

### Case Summary

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Total Unsecured Claims: 0.80% | $26,970.71 | $26,970.71 | $4,041.94 | | $216.47 |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Page sub-total : | $26,970.71 | $26,970.71 | $4,041.94 | $22,928.77 | $216.47 |
| Grand Total : | $26,970.71 | $26,970.71 | $4,041.94 | $22,928.77 | $216.47 |

Total 2 claims
11/24/2014 11:12:51AM

1 of 1