**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-21176-DRC |
| | § | |
| JAN SZCZUPAK | § | |
| DOROTA SZCZUPAK | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $152,150.00 | Assets Exempt: | $339,300.00 |
| Total Distributions to Claimants: | $12,529.57 | Claims Discharged Without Payment: | $64,068.48 |
| Total Expenses of Administration: | $11,970.42 | | |

3) Total gross receipts of $24,499.99 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $24,499.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $411,685.00 | $8,271.16 | $8,271.16 | $8,271.16 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $11,970.42 | $11,970.42 | $11,970.42 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $68,457.00 | $46,021.89 | $46,021.89 | $4,258.41 |
| **Total Disbursements** | $480,142.00 | $66,263.47 | $66,263.47 | $24,499.99 |

  4). This case was originally filed under chapter 7 on 05/24/2012. The case was pending for 31 months.

  5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/06/2015                              By:   /s/ David P. Leibowitz
                                                     Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Vacant Land N4748 Weston Falls Avenue Neillsville, WI 54456 | 1110-000 | $19,000.00 |
| 2008 Ford E250 | 1129-000 | $2,499.99 |
| Vacation Home 410 M-35 Bark River, MI 49807 | 1210-000 | $3,000.00 |
| **TOTAL GROSS RECEIPTS** | | $24,499.99 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Associated Bank | 4110-000 | $8,400.00 | $0.00 | $0.00 | $0.00 |
| | Bmo Harris Bank | 4110-000 | $123,106.00 | $0.00 | $0.00 | $0.00 |
| | Bmo Harris Trust& Savi | 4110-000 | $99,461.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 4110-000 | $180,718.00 | $0.00 | $0.00 | $0.00 |
| | Payoff of first mortgage loan - Associated Bank. | 4110-000 | $0.00 | $8,271.16 | $8,271.16 | $8,271.16 |
| **TOTAL SECURED CLAIMS** | | | $411,685.00 | $8,271.16 | $8,271.16 | $8,271.16 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $3,200.00 | $3,200.00 | $3,200.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $9.00 | $9.00 | $9.00 |
| Closing Fee - Gowey Abstract & Title Company Inc. | 2500-000 | NA | $200.00 | $200.00 | $200.00 |
| GAP Endorsement - Gowey Abstract & Title Company Inc. | 2500-000 | NA | $125.00 | $125.00 | $125.00 |
| REgister of Deeds - (2 Deeds) | 2500-000 | NA | $60.00 | $60.00 | $60.00 |
| Register of Deeds - Record Limited POA/Affidavit | 2500-000 | NA | $60.00 | $60.00 | $60.00 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | |
|---|---|---|---|---|---|
| SA Letter to Gowey Abstract & Title Company Inc. | 2500-000 | NA | $25.00 | $25.00 | $25.00 |
| State Tax Stamps | 2500-000 | NA | $57.00 | $57.00 | $57.00 |
| Title Insurance | 2500-000 | NA | $387.00 | $387.00 | $387.00 |
| Green Bank | 2600-000 | NA | $178.13 | $178.13 | $178.13 |
| 2nd Installment of 2012 Property Taxes | 2820-000 | NA | $342.10 | $342.10 | $342.10 |
| County Taxes 01/01/2013 to 10/14/2013 | 2820-000 | NA | $522.97 | $522.97 | $522.97 |
| Lakelaw, Attorney for Trustee | 3110-000 | NA | $3,505.00 | $3,505.00 | $3,505.00 |
| Lakelaw, Attorney for Trustee | 3120-000 | NA | $34.22 | $34.22 | $34.22 |
| Attorney Fees- The Law Office of Gerald M. Schwartz , Attorney for Trustee | 3210-000 | NA | $750.00 | $750.00 | $750.00 |
| Lois West, Accountant for Trustee | 3410-000 | NA | $980.00 | $980.00 | $980.00 |
| Realtor Commission - North Central Real Estate Brokerage, LLC. , Realtor for Trustee | 3510-000 | NA | $1,535.00 | $1,535.00 | $1,535.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $11,970.42 | $11,970.42 | $11,970.42 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| **CLAIM NUMBER** | **CLAIMANT** | **UNIFORM TRAN. CODE** | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|---|---|
| 1 | PYOD, LLC its successors and assigns as assignee | 7100-000 | $15,808.00 | $17,037.73 | $17,037.73 | $2,690.09 |
| 2 | US Dept of Education | 7100-000 | $3,592.00 | $1,444.47 | $1,444.47 | $0.00 |
| 3 | Portfolio Recovery Associates, LLC | 7100-000 | $9,867.00 | $9,932.98 | $9,932.98 | $1,568.32 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 4 | PNC BANK | 7200-000 | $16,885.00 | $17,606.71 | $17,606.71 | $0.00 |
| | Chase | 7100-000 | $22,156.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc/Carsn | 7100-000 | $149.00 | $0.00 | $0.00 | $0.00 |
| | Rnb-Fields3 | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $68,457.00 | $46,021.89 | $46,021.89 | $4,258.41 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 12-21176-DRC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SZCZUPAK, JAN AND SZCZUPAK, DOROTA | Date Filed (f) or Converted (c): | 05/24/2012 (f) |
| For the Period Ending: | 1/6/2015 | §341(a) Meeting Date: | 07/30/2012 |
| | | Claims Bar Date: | 01/18/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Home 3527 North Paris Chicago, IL 60634 | $175,000.00 | $145,000.00 | | $0.00 | FA |
| 2 | Vacation Home 410 M-35 Bark River, MI 49807 | $90,000.00 | $0.00 | | $3,000.00 | FA |
| 3 | Vacant Land N4748 Weston Falls Avenue Neillsville, WI 54456 | $9,000.00 | $1,000.00 | | $19,000.00 | FA |
| 4 | Cash on Hand | $2,500.00 | $0.00 | | $0.00 | FA |
| 5 | Checking Account | $2,850.00 | $2,850.00 | | $0.00 | FA |
| 6 | Furniture | $500.00 | $0.00 | | $0.00 | FA |
| 7 | Appliances | $310.00 | $0.00 | | $0.00 | FA |
| 8 | TVs and Computers | $300.00 | $0.00 | | $0.00 | FA |
| 9 | Books | $30.00 | $0.00 | | $0.00 | FA |
| 10 | Clothing | $400.00 | $0.00 | | $0.00 | FA |
| 11 | Jewelry | $460.00 | $0.00 | | $0.00 | FA |
| 12 | Life Insurance | Unknown | $0.00 | | $0.00 | FA |
| 13 | 2002 Nissan | $4,300.00 | $4,300.00 | | $0.00 | FA |
| 14 | 2008 Ford E250 | $9,900.00 | $2,500.00 | | $2,499.99 | FA |

**Asset Notes:** Debtor making payment towards asset.

**TOTALS (Excluding unknown value)**

| | | | | **Gross Value of Remaining Assets** | |
|---|---|---|---|---|---|
| $295,550.00 | $155,650.00 | | | $24,499.99 | $0.00 |

**Major Activities affecting case closing:**

| | |
|---|---|
| 10/02/2014 | Great Lakes Educational Loan Services return check in the amount of 3007 as account paid in full. Supplemental distribution prepared |
| 07/18/2014 | Revised TFR submitted to UST office per request. |
| 06/09/2014 | TFR Completed for Trustee's review. |
| 04/23/2014 | Followed up with accountant RE Tax return |
| 07/29/2013 | Debtor to pay $3,000.00 for estate interest for Michigan Property. |
| | Pending sale of Wisconsin Property |
| 06/18/2013 | Real Properties listed. |
| 03/25/2013 | Debtor owed $1679.00 for 2012 taxes |
| | Debtor did not receive a refund for business taxes |
| 02/05/2013 | Equity in Ford E250 of $3058.00 - Debtor making payments. |
| | Selling Property in Neillsville WI - Broker employed |
| | Selling Property in Bark River MI - Broker thinks we can get $126k |

| | | | |
|---|---|---|---|
| Initial Projected Date Of Final Report (TFR): | 12/31/2013 | /s/ DAVID LEIBOWITZ | |
| Current Projected Date Of Final Report (TFR): | 12/30/2014 | DAVID LEIBOWITZ | |

FORM 2
Page No: 1
Exhibit 9
Case 12-21176   Doc 55   Filed 01/29/15   Entered 01/29/15 14:55:01   Desc Main
CASH RECEIPTS AND DISBURSEMENTS RECORD
Document   Page 7 of 10

| Case No. | 12-21176-DRC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SZCZUPAK, JAN AND SZCZUPAK, DOROTA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8116 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***8117 | Account Title: | |
| For Period Beginning: | 5/24/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 02/25/2013 | (14) | JAN SZCZUPAK | Payment | 1129-000 | $833.33 | | $833.33 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $0.08 | $833.25 |
| 03/18/2013 | (14) | JAN SZCZUPAK AND DOROTA SZCZUPAK | Payment | 1129-000 | $833.33 | | $1,666.58 |
| 03/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $1.90 | $1,664.68 |
| 04/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.59 | $1,662.09 |
| 05/01/2013 | (14) | JAN SZCZUPAK AND DOROTA SZCZUPAK | Payment | 1129-000 | $833.33 | | $2,495.42 |
| 05/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.24 | $2,491.18 |
| 06/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.63 | $2,487.55 |
| 07/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $4.01 | $2,483.54 |
| 08/09/2013 | (2) | Jan or Dorota Szczupak | Equity on Real Property | 1210-000 | $3,000.00 | | $5,483.54 |
| 08/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.70 | $5,475.84 |
| 09/30/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $7.98 | $5,467.86 |
| 10/21/2013 | | Michael S. Brander | Liquidation of Real Property | * | $6,664.77 | | $12,132.63 |
| | {3} | | $19,000.00 | 1110-000 | | | $12,132.63 |
| | | | Realtor Commission - North Central Real Estate Brokerage, LLC. $(1,535.00) | 3510-000 | | | $12,132.63 |
| | | | Payoff of first mortgage loan - Associated Bank. $(8,271.16) | 4110-000 | | | $12,132.63 |
| | | | County Taxes 01/01/2013 to 10/14/2013 $(522.97) | 2820-000 | | | $12,132.63 |
| | | | 2nd Installment of 2012 Property Taxes $(342.10) | 2820-000 | | | $12,132.63 |
| | | | Closing Fee - Gowey Abstract & Title Company Inc. $(200.00) | 2500-000 | | | $12,132.63 |
| | | | Title Insurance $(387.00) | 2500-000 | | | $12,132.63 |
| | | | SA Letter to Gowey Abstract & Title Company Inc. $(25.00) | 2500-000 | | | $12,132.63 |
| | | | GAP Endorsement - Gowey Abstract & Title Company Inc. $(125.00) | 2500-000 | | | $12,132.63 |
| | | | Attorney Fees- The Law Office of Gerald M. Schwartz $(750.00) | 3210-000 | | | $12,132.63 |
| | | | State Tax Stamps $(57.00) | 2500-000 | | | $12,132.63 |
| | | | REgister of Deeds - (2 Deeds) $(60.00) | 2500-000 | | | $12,132.63 |
| | | | Register of Deeds - Record Limited POA/Affidavit $(60.00) | 2500-000 | | | $12,132.63 |
| 10/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $12.29 | $12,120.34 |
| 11/29/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $19.55 | $12,100.79 |
| | | | **SUBTOTALS** | | $12,164.76 | $63.97 | |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21176-DRC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SZCZUPAK, JAN AND SZCZUPAK, DOROTA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8116 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***8117 | Account Title: | |
| For Period Beginning: | 5/24/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 12/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $18.89 | $12,081.90 |
| 01/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.75 | $12,061.15 |
| 02/28/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $17.57 | $12,043.58 |
| 03/31/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.18 | $12,025.40 |
| 04/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $18.77 | $12,006.63 |
| 05/30/2014 | | Green Bank | Bank Service Fee | 2600-000 | | $20.00 | $11,986.63 |
| 08/28/2014 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $3,200.00 | $8,786.63 |
| 08/28/2014 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $9.00 | $8,777.63 |
| 08/28/2014 | 3003 | Lakelaw | Claim #: ; Amount Claimed: 3,505.00; Amount Allowed: 3,505.00; Distribution Dividend: 100.00; | 3110-000 | | $3,505.00 | $5,272.63 |
| 08/28/2014 | 3004 | Lakelaw | Claim #: ; Amount Claimed: 34.22; Amount Allowed: 34.22; Distribution Dividend: 100.00; | 3120-000 | | $34.22 | $5,238.41 |
| 08/28/2014 | 3005 | Lois West | Claim #: ; Amount Claimed: 980.00; Amount Allowed: 980.00; Distribution Dividend: 100.00; | 3410-000 | | $980.00 | $4,258.41 |
| 08/28/2014 | 3006 | PYOD, LLC its successors and assigns as assignee | Claim #: 1; Amount Claimed: 17,037.73; Amount Allowed: 17,037.73; Distribution Dividend: 14.99; | 7100-000 | | $2,553.34 | $1,705.07 |
| 08/28/2014 | 3007 | US Dept of Education | Claim #: 2; Amount Claimed: 1,444.47; Amount Allowed: 1,444.47; Distribution Dividend: 14.99; | 7100-000 | | $216.47 | $1,488.60 |
| 08/28/2014 | 3008 | Portfolio Recovery Associates, LLC | Claim #: 3; Amount Claimed: 9,932.98; Amount Allowed: 9,932.98; Distribution Dividend: 14.99; | 7100-000 | | $1,488.60 | $0.00 |
| 10/02/2014 | 3007 | STOP PAYMENT: US Dept of Education | Creditor unable to process payment -- account paid in full<br><br>Claim #: 2; Amount Claimed: 1,444.47; Amount Allowed: 1,444.47; Distribution Dividend: 14.99; | 7100-004 | | ($216.47) | $216.47 |
| 12/03/2014 | 3009 | PYOD, LLC its successors and assigns as assignee | Claim #: 1; Amount Claimed: 17,037.73; Amount Allowed: 17,037.73; Distribution Dividend: 15.79; | 7100-000 | | $136.75 | $79.72 |
| 12/03/2014 | 3010 | Portfolio Recovery Associates, LLC | Claim #: 3; Amount Claimed: 9,932.98; Amount Allowed: 9,932.98; Distribution Dividend: 15.79; | 7100-000 | | $79.72 | $0.00 |

**SUBTOTALS** $0.00 $12,100.79

**FORM 2**

**Page No:** 3

**Exhibit 9**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |  | |
|---|---|---|---|
| **Case No.** | 12-21176-DRC | **Trustee Name:** | David Leibowitz |
| **Case Name:** | SZCZUPAK, JAN AND SZCZUPAK, DOROTA | **Bank Name:** | Green Bank |
| **Primary Taxpayer ID #:** | **-***8116 | **Checking Acct #:** | ******7601 |
| **Co-Debtor Taxpayer ID #:** | **-***8117 | **Account Title:** | |
| **For Period Beginning:** | 5/24/2012 | **Blanket bond (per case limit):** | $5,000,000.00 |
| **For Period Ending:** | 1/6/2015 | **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| | Deposit | Disbursement | Balance |
|---|---|---|---|
| **TOTALS:** | $12,164.76 | $12,164.76 | $0.00 |
| **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| **Subtotal** | $12,164.76 | $12,164.76 | |
| **Less: Payments to debtors** | $0.00 | $0.00 | |
| **Net** | $12,164.76 | $12,164.76 | |

**For the period of 5/24/2012 to 1/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $24,499.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,499.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,499.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,499.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 02/25/2013 to 1/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $24,499.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,499.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,499.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,499.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-21176-DRC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | SZCZUPAK, JAN AND SZCZUPAK, DOROTA | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***8116 | Checking Acct #: | ******7601 |
| Co-Debtor Taxpayer ID #: | **-***8117 | Account Title: | |
| For Period Beginning: | 5/24/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 1/6/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $12,164.76 | $12,164.76 | $0.00 |

**For the period of 5/24/2012 to 1/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $24,499.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,499.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,499.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,499.99 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 05/24/2012 to 1/6/2015**

| | |
|---|---|
| Total Compensable Receipts: | $24,499.99 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $24,499.99 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $24,499.99 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $24,499.99 |
| Total Internal/Transfer Disbursements: | $0.00 |